IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50348
Conference Calendar
_____

ROI LE' SHILOH-BRYANT,

Plaintiff-Appellant,

versus

MICHAEL KINABREW, Individually and in Official Capacity as
TDCJ-ID Correctional Guard; R.A. LEONARD, Individually and in
Official Capacity as TDCJ-ID Correctional Guard; LUANN TIPPIT,
Individually and in Official Capacity as a TDCJ-ID Clerk 3,
Counselor Substitute; RAUL MATA, Captain, Individually and in
Official Capacity as a TDCJ-ID Disciplinary Captain; R. HARVEY,
Individually and in Official Capacity as a TDCJ-ID Guard; OWEN,
Doctor, Individually and in Official Capacity as a TDCJ-ID
Medical Personnel; JIMMY WOOD, Individually and in Official
Capacity as a Justice of the Peace,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-94-CA-113
- - - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Roi Le' Shiloh-Bryant's petition for writ of mandamus is

DENIED AS MOOT.  The district court's determination not to

appoint counsel in this case was not an abuse of discretion.

---

[*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

<u>Ulmer v. Chancellor</u>, 691 F.2d 209, 212 (5th Cir. 1982).  The district court is not precluded from appointing counsel, if necessary, during the pendency of the proceedings.

AFFIRMED.